Ferdinand N. Monjo, Respondent, v. Morris Block and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Louis Peirano, Appellant, v. Charles Barsotti, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

The People of the State of New York ex rel. Gladys Ukers, Respondent, v. William H. Ukers, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Thomas Gilson, an Infant, by Nellie Gilson, His Guardian ad Litem, Respondent, v. Joshua Silverstein, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Mecca Realty Company, Appellant, v. Arthur W. Tams Music Library, Inc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Adolph Schlesinger, Respondent, v. Pacific Coast Casualty Company, Appellant, Impleaded.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

In the Matter of Proving the Last Will and Testament of Magdalena Herrmann, Deceased. Adam Stein and Emma Stein, as Executors, etc., Appellants; Henry Leis and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

The People of the State of New York, Respondent, v. Joseph Sico, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Jacob L. Frankel, Respondent, v. Abraham D. Feldstein and Another, Doing Business under the Firm Name and Style of Feldstein Bros. & Co., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Samuel Papier, Respondent, v. The Loewenthal Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

John R. Miller, Appellant, v. Shubert Theatrical Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

H. Blair Finley, Respondent, v. Atlantic Transport Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements, on opinion of Shearn, J. (Reported in 90 Misc. Rep. 480), with leave to defendant to withdraw demurrer and to answer on payment of costs. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Wahle-Phillips Company, Appellant, v. Mary A. Fitzgerald, Respondent, Impleaded with Others.— Judgment affirmed, with costs, on *Caldwell* v. *Glazier* (138 App. Div. 826), with leave to the appellant to appeal from this order to the Court of Appeals. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.